# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-17-16-GF-BMM |
| vs. | |
| MARTY JON KROMINGA, | ORDER |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 30, 2021. (Doc. 294.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 29, 2021. (Doc. 293.) The United States accused Krominga of violating his conditions of supervised release 1) by using methamphetamine on three separate occasions; 2) by committing another crime; and 3) by consuming alcohol. (Doc. 287.)

At the revocation hearing, Krominga admitted to violating the conditions of his supervised release 1) by using methamphetamine and 2) by consuming alcohol The Court dismissed alleged violation 4 on the government's motion. (Doc. 293.) Judge Johnston found that the violations Krominga admitted proved to be serious and warranted revocation, and recommended that Krominga receive a custodial sentence of 8 months with no supervised release to follow. (Doc. 294.) Krominga was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 287.) The violations prove serious and warrant revocation of Krominga's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 294) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Marty Jon Krominga be sentenced to the custody of the United States Bureau of Prisons for 8 months, with no supervised release to follow.

DATED this 15th day of July, 2021.

_____
Brian Morris, Chief District Judge
United States District Court